

**FILED**

DEC 15 2009

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk/Newport News Division**

_Josh Shapiro_ , Plaintiff

_Regent University,_
_President, M.G. Roberts_ Defendant(s)
_Board of Trustees, Registered Agent; Atty. Lois Bakoff, et al._

Civil Action No. _2:09cv605_

**MOTION TO PROCEED IN FORMA PAUPERIS AND FINANCIAL AFFIDAVIT**

I, _Josh Shapiro_ , say that I am the plaintiff in the
above entitled case, that I move to proceed without being required to prepay fees, costs or
give security therefor, and that in support of this motion I state that because of my
poverty I am unable to pay the costs of said proceeding or to give security therefor; and
that I believe I am entitled to relief.

I further state that the responses which I have made to questions and instructions
below are true.

**EMPLOYMENT**
Are you employed? _____Yes      _X_ No      _____Self-Employed

IF YES, How much do you earn per month? _____
         Name & Address of employer: _____
IF NO, give month and year of last employment; _Feb '05_____
         How much did you earn per month? _$1600_____
IF MARRIED, is your spouse employed? _____Yes      _____ No
IF YES, how much does your spouse earn per month? _____
IF A MINOR, what is your parents' approximate monthly income? _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or
other form of self-employment, or in rent payments, interest dividends, retirement or
annuity payments, gifts or inheritance or other sources? _X_ Yes   ___ No
IF YES, give the amount received and identify the source(s).
$ _690_____ Received from Source(s) _Social Security_   income
$ _____ Received from Source(s) _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ____Yes _X_ No
Total Amount: Checking $_____ Savings $_____ Other $_____

1

## PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable
property (excluding ordinary furnishings and clothing)?       _____Yes __X__ No
IF YES, give value and describe it:

| Value | Description |
|-------|-------------|
| $_____ | _____ |
| $_____ | _____ |

## MARITAL STATUS

__X__ Single _____Married _____Widowed _____Separated or Divorced

## DEPENDENTS

Total Number of Dependents: _0_
List persons you actually support, your relationship to them and how much you
contribute toward their support:

_____   _____
_____   _____
_____   _____

## DEBTS & MONTHLY BILLS

List all creditors, including banks, loan companies, charge accounts, etc.:

| Creditors | Total Debt | Monthly Payment |
|-----------|------------|-----------------|
| LANDLORD | $ 600/mos. | $ 600 |
| FOOD | $ 90/mos | $ 90 |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12|10|09___
             (Date)

_____
(Signature)

Address: ZO13A EAST ORANGETHORPE AVE
PLACENTIA, CA 92870

Phone Number: 714. 223. 0100